FILED
CLERK, U.S. DISTRICT COURT
FEB 19 2020
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION     BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRITNEY LYNN CHAVEZ<br><br>Defendant. | Case No.: CR09-445-DSF-45<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Central</u> District of <u>California</u> for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (✓) information in the Pretrial Services Report and Recommendation
    (✓) information in the violation petition and report(s)
    (✓) the defendant's nonobjection to detention at this time
    ( ) other: _____

1

and/ or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (✓) information in the Pretrial Services Report and Recommendation
    (✓) information in the violation petition and report(s)
    (✓) the defendant's nonobjection to detention at this time
    ( ) other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 2/19/20

SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE